UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PATRICIA RICH, *individually and on behalf of all others similarly situated*,

                        Plaintiff,

-v-

NATIONWIDE CREDIT AND
COLLECTIONS, INC.

                        Defendant.

No. 17-cv-7628 (RJS)
ORDER

<u>RICHARD J. SULLIVAN</u>, District Judge:

    The Court is in receipt of a notice from Plaintiff informing the Court that the parties have reached a settlement. (Doc. No. 6.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within 30 days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      November 16, 2017
              New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE